1  Richard D. McCune, Esq., State Bar No. 132124
   rdm@wmtrial-law.com
2  David C. Wright, Esq., State Bar No. 177468
   dcw@wmtrial-law.com
3  Kristy M. Arevalo, Esq., State Bar No. 216308
   kma@wmtrial-law.com
4  McCUNE & WRIGHT, LLP
   2068 Orange Tree Lane, Suite 216
5  Redlands, California  92374
   Telephone:  (909) 557-1250
6  Facsimile:  (909) 557-1275
   Attorneys for Plaintiff
7
   Adam R. Fox, State Bar No. 220584
8  afox@ssd.com
   Anne Choi Goodwin, State Bar No. 216244
9  agoodwin@ssd.com
   Erinn M. Partridge, State Bar No. 244563
10 epartridge@ssd.com
   SQUIRE, SANDERS & DEMPSEY, LLP
11 555 South Flower Street, Suite 3100
   Los Angeles, California  90071
12 Telephone:  (213) 624-2500
   Facsimile:  (213) 623-4581
13 Attorneys for TRW Defendants

14 Frank P. Kelly, Esq., State Bar No. 83473
   fkelly@shb.com
15 Amir Nassihi, Esq., State Bar No. 235936
   ANASSIHI@shb.com
16 SHOOK, HARDY & BACON, LLP
   333 Bush Street, Suite 600
17 San Francisco, California  94104-2828
   Telephone:  (415) 544-1900
18 Facsimile:  (415) 391-0281
   Attorneys for Defendant Ford
19

20

21                  UNITED STATES DISTRICT COURT

22                  EASTERN DISTRICT OF CALIFORNIA

23

24 TRACY YU-SANTOS,                     ) Case No.: 1:06-cv-01773-AWI-DLB
                                        )
25              Plaintiffs,             ) Judge Assigned: Judge Anthony W. Ishii
                                        ) Complaint Filed:
26      v.                              )
                                        ) STIPULATION AND REQUEST TO
27 FORD MOTOR COMPANY, et al,           ) CONTINUE DISCOVERY AND
                                        ) MOTION DEADLINES; ORDER
28              Defendants.             )
                                        )

- 1 -

The parties, by and through their respective counsels of record, hereby agree and stipulate as follows:

1. On March 6, 2007, the parties appeared before the Court for the Scheduling Conference.

2. Following the scheduling conference, the Court issued a scheduling order setting the following deadlines:

| | | |
|---|---|---|
| a. | Non Expert Discovery Cut-off: | January 11, 2008 |
| b. | Expert Discovery Cut-off: | April 18, 2008 |
| c. | Non-Dispositive Motion Filing Cut-off: | April 23, 2008 |
| d. | Non Dispositive Motion Hearing Cut-off: | May 16, 2008 |
| e. | Dispositive Motion Filing Deadline: | May 23, 2008 |
| f. | Dispositive Motion Hearing Deadline: | June 23, 2008 |
| g. | Pre-Trial Conference: | August 15, 2008 |
| h. | Trial | September 30, 2008 |

3. The parties have complied with initial disclosure requirements, with the exception of confidential materials. The parties are currently working to complete an acceptable Protective Order to which the parties can stipulate.

4. The parties are also currently attempting to schedule a mediation before JAMS Mediator Judge Peter Stone (Ret.) for early February.

5. Notwithstanding the foregoing efforts, as a result of Plaintiff's counsel's trial schedule, as well as scheduling difficulties occasioned by the holiday season, the parties face significant difficulties in meeting the above-listed discovery completion dates. Specifically, Plaintiff's counsel is scheduled to begin a 6-week trial in *Lowry v. Johnson Marine Supplies, Inc.*, Case No. RCV085122, in Department R-4 of the Superior Court for the State of California, County of San Bernardino. Immediately thereafter, Plaintiff's counsel is scheduled to begin a four to six week trial in *Pena v. Hyundai Motor Corp.*, Case No. INC037149, in Department 2G of the Superior Court of the State California, County of Riverside, which is set to commence on December 31, 2007.

Stipulation and Request to Continue Discovery and Motion Deadlines

1  6. Wherefore, the parties stipulate and request that the Court continue all discovery and non-dispositive motion cut-off dates for 60 days, and to continue the deadlines for dispositive motions for 45, or such other greater period of time as is convenient for the Court.

7. This requested continuance will allow the parties to meet all discovery and motion dates and still comply with the original Pre-Trial Conference and Trial dates set by the Court in its initial Scheduling Order.

8. Pursuant to this stipulation and contingent upon the approval of the Court, the following deadlines would apply to this action:

   a. Non Expert Discovery Cut-off:            March 11, 2008
   b. Expert Discovery Cut-off:                June 17, 2008
   c. Non-Dispositive Motion Filing Cut-off:   June 23, 2008
   d. Non Dispositive Motion Hearing Cut-off:  July 15, 2008
   e. Dispositive Motion Filing Deadline:      July 22, 2008
   f. Dispositive Motion Hearing Deadline:     August 14, 2008
   g. Pre-Trial Conference (unchanged):        August 15, 2008
   h. Trial (unchanged):                       September 30, 2008

9. The parties further stipulate that Discovery Cut-Off dates are to be construed to require that discovery responses and/or notices must be served sufficiently early that responses are due on or before the cut-off date.

//
//

Stipulation and Request to Continue Discovery and Motion Deadlines

1  10.  This is the first request for continuance of the discovery and motion
2  deadlines by the parties.

DATED: November ___, 2007          McCUNE & WRIGHT, LLP

                                    By:_____
                                         David C. Wright
                                         Kristy M. Arevalo
                                         Attorneys for Plaintiff
                                         TRACY YU-SANTOS

DATED: November ___, 2007          SHOOK, HARDY & BACON

                                    By:_____
                                         Frank P. Kelly
                                         Amir Nassihi
                                         Attorneys for Defendant
                                         FORD MOTOR COMPANY

DATED: November ___, 2007          SQUIRE, SANDERS & DEMPSEY

                                    By:_____
                                         Adam R. Fox
                                         Anne Choi Goodwin
                                         Erinn M. Partridge
                                         Attorneys for Defendants
                                         TRW AUTOMOTIVE HOLDINGS
                                         CORP., TRW AUTOMOTIVE INC.,
                                         TRW AUTOMOTIVE U.S. LLC,
                                         TRW VEHICLE SAFETY
                                         SYSTEMS INC.

Stipulation and Request to Continue Discovery and Motion Deadlines

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY YU-SANTOS,<br><br>    Plaintiff,<br>  v.<br><br>FORD MOTOR COMPANY, TRW AUTOMOTIVE HOLDINGS CORP., TRW AUTOMOTIVE INC., TRW AUTOMOTIVE U.S. LLC, TRW VEHICLE SAFETY SYSTEMS INC., ROBERT SANTOS, and DOES 1 through 10,<br><br>    Defendants. | Case No.: 1:06-cv-01773-AWI-DLB<br><br>**ORDER CONTINUING DISCOVERY AND MOTION DEADLINES** |

  Having considered the stipulation of the parties and FOR GOOD CAUSE SHOWN:

  IT IS HEREBY ORDERED that the discovery and motion deadlines set forth in this Court's Scheduling Order are hereby continued as follows:

    a. Non Expert Discovery Cut-off:    March 11, 2008

    b. Expert Discovery Cut-off:     June 17, 2008

|   |    |                                         |                    |
|---|----|-----------------------------------------|--------------------|
| c.| | Non-Dispositive Motion Filing Cut-off:  | June 23, 2008      |
| d.| | Non Dispositive Motion Hearing Cut-off: | July 15, 2008      |
| e.| | Dispositive Motion Filing Deadline:     | July 22, 2008      |
| f.| | Dispositive Motion Hearing Deadline:    | August 14, 2008    |
| g.| | Pre-Trial Conference (unchanged):       | August 15, 2008    |
| h.| | Trial (unchanged):                      | September 30, 2008 |

Dated:  __December 11, 2007          /s/ *Dennis L. Beck*_____
_____
                                               Hon. Dennis L. Beck
                                               United States Magistrate Judge


Prepared by: _____
              David C. Wright
              Counsel for Plaintiff