Adam R. Fox (State Bar # 220584)
afox@ssd.com
Anne Choi Goodwin (State Bar # 216244)
agoodwin@ssd.com
Helen H. Huang (State Bar # 241170)
hhuang@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
555 South Flower Street, Suite 3100
Los Angeles, CA  90071
Telephone:   +1.213.624.2500
Facsimile:    +1.213.623.4581

Attorneys for Defendants
TRW AUTOMOTIVE HOLDINGS CORP., TRW
AUTOMOTIVE INC., TRW AUTOMOTIVE
U.S. LLC, and TRW VEHICLE SAFETY
SYSTEMS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY YU-SANTOS,<br><br>    Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, TRW AUTOMOTIVE HOLDINGS CORP., TRW AUTOMOTIVE INC., TRW AUTOMOTIVE U.S. LLC, TRW VEHICLE SAFETY SYSTEMS INC., ROBERT SANTOS, and DOES 1 through 10,<br><br>    Defendants. | Case No.  1:06-cv-01773-AWI-DLB<br><br>**JOINT STIPULATION REQUESTING MODIFICATION OF SCHEDULING ORDER, PURSUANT TO RULE 16(b), TO CONTINUE DEPOSITION OF WITNESS CHRISTOPHER MIRANDA; [PROPOSED] ORDER THEREON**<br><br>Assigned to:<br> Judge:   Hon. Anthony W. Ishii |

The parties to this action, Plaintiff Tracy Yu-Santos ("Yu-Santos") and Defendants TRW Automotive Holdings Corp., TRW Automotive Inc., TRW Automotive U.S. LLC, and TRW Vehicle Safety Systems Inc. (collectively, "TRW Entities"), by and through their respective undersigned counsel, hereby enter into the following stipulation ("Stipulation"):

LOSANGELES/261268.1

SQUIRE, SANDERS &
DEMPSEY L.L.P.
555 So. Flower Street, Suite 3100
Los Angeles, CA  90071-2300

JOINT STIPULATION REQUESTING
MODIFICATION OF SCHEDULING ORDER

1    WHEREAS, on December 11, 2007, with good cause shown, this Court modified the Scheduling Order in this case (the "Scheduling Order"), setting the Non Expert Discovery Cut-off date for March 11, 2008, such that all non-expert discovery requests and/or notices had to be served sufficiently early so that responses were due or depositions completed on or before that date;

WHEREAS, on February 8, 2008, Plaintiff served a notice of deposition, attaching a deposition subpoena scheduling a deposition on February 21, 2008 for Christopher Miranda ("Miranda"), a percipient witness and allegedly the sole survivor of the automotive accident giving rise to this controversy;

WHEREAS, on February 20, 2008, counsel for Yu-Santos informed counsel for the TRW Entities that despite their diligent efforts, Miranda had neither been located nor served with the subpoena and the deposition had to be rescheduled;

WHEREAS, on February 22, 2008, counsel for Yu-Santos served a second notice of deposition rescheduling Miranda's deposition for February 27, 2008;

WHEREAS, on February 26, 2008, counsel for Yu-Santos again informed counsel for the TRW Entities that despite their diligent efforts Miranda had still not been located or served, and that although Miranda's mother had been located and stated that she would have Miranda contact counsel for Yu-Santos, she refused to provide his current address, and Miranda has not contacted counsel for Yu-Santos;

WHEREAS, the inability to locate and effectively serve Miranda has frustrated the parties' abilities to take his deposition and may continue to frustrate their abilities to take his deposition by the Non-Expert Discovery Cut-off deadline of March 11, 2008;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, to permit an exception to the March 11, 2008 Non-Expert Discovery Cut-off date solely for the purpose of completing Miranda's deposition. The

//
//

parties will make a good faith effort to complete the deposition as soon as possible, and at the latest, by May 12, 2008. The parties do not seek any additional modification to the Court's December 11, 2007 Scheduling Order.

Dated: March 10, 2008            SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____/s/Adam R. Fox_____
Adam R. Fox
Anne Choi Goodwin
Helen H. Huang
Attorneys for Defendants
TRW AUTOMOTIVE HOLDINGS CORP., TRW AUTOMOTIVE INC., TRW AUTOMOTIVE U.S. LLC, and TRW VEHICLE SAFETY SYSTEMS INC.

Dated: March 10, 2008            MCCUNE & WRIGHT, LLP

By: _____/s/David C. Wright_____
David C. Wright
Kristy M. Arevalo
Attorneys for Plaintiff
TRACY YU-SANTOS

**ORDER**

IT IS SO ORDERED.

DATED: 11 March 2008             ___/s/ Dennis L. Beck_____
The Honorable Dennis L. Beck
US MAGISTRATE JUDGE