UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY YU-SANTOS,<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, TRW AUTOMOTIVE HOLDINGS CORP., TRW AUTOMOTIVE INC., TRW AUTOMOTIVE U.S. LLC, TRW VEHICLE SAFETY SYSTEMS INC., ROBERT SANTOS, and DOES 1 through 10,<br><br>    Defendants. | Case No.: 1:06-cv-01773-AWI-DLB<br><br>ORDER SHORTENING TIME<br><br>Date: April 14, 2008<br>Time: 9:00 a.m.<br>Courtroom 9 |

    Having considered Plaintiff's ex parte application to shorten time within which to have Plaintiff's Motion for Relief From Late Service of Written Discovery Pursuant to FRCP Rule 6(B), or Alternatively, to Enlarge Discovery Period Pursuant to Rule 16(B), and finding good faith and cause therefore,

    IT IS HEREBY ORDERED that Plaintiff's Motion for Relief From Late Service of Written Discovery Pursuant to FRCP Rule 6(B), or Alternatively, to Enlarge Discovery Period Pursuant to Rule 16(B) shall be heard on April 14, 2008 , 2008, at 9:00 a.m. in Courtroom 9.  Defendants' Motion for Protective Order shall also be heard on April 14,

[Proposed] Order Shortening Time

2008 at the same time.  Any further briefing on the motions shall be filed on or before April 9, 2008.

IT IS SO ORDERED.

    **Dated:   April 2, 2008**                              **/s/ Dennis L. Beck**
                                                                                                  UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Shortening Time