Adam R. Fox, Esq., State Bar No. 220584
afox@ssd.com
Anne Choi Goodwin, Esq., State Bar No. 216244
agoodwin@ssd.com
Helen H. Huang, Esq., State Bar No. 241170
hhuang@ssd.com
Esther K. Ro, Esq., State Bar No. 252203
ero@ssd.com
SQUIRES, SANDERS & DEMPSEY, LLP
555 South Flower Street, Suite 3100
Los Angeles, California 90071
Telephone: +1.213.624.2500
Facsimile: +1.213.623.4581

Attorneys for Defendants
TRW AUTOMOTIVE HOLDINGS CORP., TRW
AUTOMOTIVE INC., TRW AUTOMOTIVE U.S. LLC,
TRW VEHICLE SAFETY SYSTEMS, INC.

David C. Wright, Esq., State Bar No. 177468
dcw@mwtriallawyers.com
Jae K. Kim, Esq. State Bar No. 236805
jkk@mwtriallawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiff Tracy Yu-Santos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY YU-SANTOS <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, TRW AUTOMOTIVE HOLDINGS CORP., TRW AUTOMOTIVE INC., TRW AUTOMOTIVE U.S. LLC, TRW VEHICLE SAFETY SYSTEMS INC., ROBERT SANTOS, and DOES 1 through 10 <br><br> Defendants. | Case No.: 1:06-cv-01773-AWI-DLB <br><br> Judge Assigned: Judge Anthony W. Ishii <br> Magistrate Judge: Judge Dennis Beck <br><br> STIPULATION AND REQUEST TO MODIFY THE SCHEDULING ORDER; ORDER |

Defendant TRW Vehicle Safety Systems Inc. ("Defendant") and plaintiff Tracy Yu-Santos ("Plaintiff"), by and through their respective counsel of record, hereby enter into the following Stipulation:

WHEREAS on December 11, 2007, this Court modified the Scheduling Order, setting the following deadlines:

| | | | |
|---|---|---|---|
| a. | Non Expert Discovery Cut-off: | | March 11, 2008 |
| b. | Expert Discovery Cut-off: | | June 17, 2008 |
| c. | Non-Dispositive Motion Filing Cut-off: | | June 23, 2008 |
| d. | Non Dispositive Motion Hearing Cut-off: | | July 15, 2008 |
| e. | Dispositive Motion Filing Deadline: | | July 22, 2008 |
| f. | Dispositive Motion Hearing Deadline: | | August 14, 2008 |
| g. | Pre-Trial Conference: | | August 15, 2008 |
| h. | Trial: | | September 30, 2008 |

WHEREAS the parties have complied with initial disclosure requirements, the non expert discovery cut-off, expert disclosure requirements, and have cooperated to resolve discovery disputes and stipulate to a Protective Order, entered on April 28, 2008;

WHEREAS Defendant has disclosed three retained experts who are not all available to appear for deposition by the current expert discovery deadline of June 17, 2008, and require at least an additional thirty days in which to appear for their expert witness depositions;

WHEREAS Plaintiff counsel's trial schedule requires at least an additional ninety days to complete expert witness depositions;

WHEREAS the parties have attempted to modify the Scheduling Order without disturbing the pre-trial conference and trial dates, but this has proven difficult due to the prior modification of the Scheduling Order, which set the deadlines closely together to maintain the initial pre-trial conference and trial dates;

1  WHEREAS Judge Ishii's first availability for trial following the currently
2  scheduled date of September 30, 2008 is December 2, 2008, but lead counsel for
3  both Plaintiff and Defendant have previously scheduled trials on that date;

4  WHEREAS the first available trial date amendable to all parties and the
5  Court is February 17, 2009;

6  WHEREAS this Stipulation is not interposed for purposes of delay or
7  harassment;

8  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, subject to the
9  approval of the Court, an amended Scheduling Order, as follows:

| | | |
|---|---|---|
| a. | Non Expert Discovery Cut-off: | N/A (complete) |
| b. | Expert Discovery Cut-off: | October 17, 2008 |
| c. | Non-Dispositive Motion Filing Cut-off: | October 24, 2008 |
| d. | Non Dispositive Motion Hearing Cut-off: | November 14, 2008 |
| e. | Dispositive Motion Filing Deadline: | November 21, 2008 |
| f. | Dispositive Motion Hearing Deadline: | December 12, 2008 |
| g. | Pre-Trial Conference: | January 6, 2009 |
| h. | Trial: | February 17, 2009 |

WHEREFORE, the parties stipulate and request that the scheduling order be modified, except for the non expert discovery cut-off, as proposed, or such other greater period of time as is convenient for the Court.

Dated: May 23, 2008            SQUIRE, SANDERS & DEMPSEY L.L.P.

By:  /s/ Esther K. Ro
Adam R. Fox
Anne Choi Goodwin
Helen H. Huang
Esther K. Ro
Attorneys for Defendants
TRW AUTOMOTIVE HOLDINGS CORP.,
TRW AUTOMOTIVE INC., TRW
AUTOMOTIVE U.S. LLC, TRW
VEHICLE SAFETY SYSTEMS INC.

| | | |
|---|---|---|
| Dated:  May 23, 2008 | | McCUNE & WRIGHT, LLP |
| | By: | /s/ David C. Wright |
| | | David C. Wright |
| | | (Eddie) Jae K. Kim |
| | | Attorneys for Plaintiff |
| | | TRACY YU-SANTOS |

## **ORDER**

Having considered the stipulation of the parties and FOR GOOD CAUSE SHOWN:

IT IS HEREBY ORDERED that the discovery and motion deadlines set forth in this Court's Scheduling Order are hereby continued as follows:

  a.  Non Expert Discovery Cut-off:            N/A  (complete)
  b.  Expert Discovery Cut-off:                October 17, 2008
  c.  Non-Dispositive Motion Filing Cut-off:   October 24, 2008
  d.  Non Dispositive Motion Hearing Cut-off:  November 14, 2008
  e.  Dispositive Motion Filing Deadline:      November 21, 2008
  f.  Dispositive Motion Hearing Deadline:     December 12, 2008
  g.  Pre-Trial Conference:                    January 6, 2009
  h.  Trial:                                   February 17, 2009

Dated:  May 30, 2008              /s/ Dennis L. Beck
                                  Hon. Dennis L. Beck
                                  United States Magistrate Judge

# PROOF OF SERVICE
(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 555 South Flower Street, Suite 3100, Los Angeles, CA 90071-2300, which is located in the county where any non-personal service described below took place.

On May 30, 2008, a copy of the following document(s): **STIPULATION AND REQUEST TO MODIFY THE SCHEDULING ORDER; [PROPOSED] ORDER**

| *Attorney for Plaintiff* | *Robert Santos, Pro Se* |
|---|---|
| David C. Wright, Esq. | Robert Santos |
| Kristy M. Arevalo, Esq. | 1820 60th Avenue |
| Jae K. Kim, Esq. | Sacramento, CA  95822 |
| McCune & Wright | |
| 2068 Orange Tree Lane, Suite 216 | |
| Redlands, CA 92374 | |
| dcw@mwtriallaw.com | |
| kma@mwtriallawyers.com | |
| jjk@mwtriallawyers.com | |

Service was accomplished as follows.

☒ **By U.S. Mail, According to Normal Business Practices.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **E-MAIL**  I caused the document(s) to be scanned and E-mailed to David C. Wright at dcw@mwtriallaw.com, Kristy M. Arevalo at kma@mwtriallawyers.com, Jae K. Kim at jkk@mwtriallawyers.com, Frank P. Kelly at fkelly@shb.com, and Amir Nassihi at anassihi@shb.com.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 30, 2008 at Los Angeles, California.

/s/ Phannie Tsui
Phannie Tsui

SQUIRE, SANDERS & DEMPSEY L.L.P.
555 South Flower Street, 31st Floor
Los Angeles, California  90071-2300

- 1 -

STIPULATION AND REQUEST TO MODIFY SCHEDULING ORDER