1  David C. Wright, Esq., State Bar No. 177468
   dcw@mwtriallawyers.com
2  Jae K. Kim, Esq. State Bar No. 236805
   jkk@mwtriallawyers.com
3  McCUNE & WRIGHT, LLP
   2068 Orange Tree Lane, Suite 216
4  Redlands, California 92374
   Telephone: (909) 557-1250
5  Facsimile: (909) 557-1275

6  Attorneys for Plaintiff TRACY YU-SANTOS

7  Adam R. Fox, Esq., State Bar No. 220584
   afox@ssd.com
8  Anne Choi Goodwin, Esq., State Bar No. 216244
   agoodwin@ssd.com
9  Esther K. Ro, Esq., State Bar No. 252203
   ero@ssd.com
10 SQUIRES, SANDERS & DEMPSEY, LLP
   555 South Flower Street, Suite 3100
11 Los Angeles, California 90071
   Telephone: +1.213.624.2500
12 Facsimile: +1.213.623.4581

13 Attorneys for Defendants
   TRW AUTOMOTIVE HOLDINGS CORP., TRW
14 AUTOMOTIVE INC., TRW AUTOMOTIVE U.S. LLC,
   TRW VEHICLE SAFETY SYSTEMS, INC.

15

16                UNITED STATES DISTRICT COURT

17                EASTERN DISTRICT OF CALIFORNIA

18 TRACY YU-SANTOS                ) Case No.: 1:06-cv-01773-AWI-DLB
                                  )
19        Plaintiff,              ) Judge Assigned: Judge Anthony W. Ishii
                                  ) Magistrate Judge: Judge Dennis Beck
20    v.                          )
                                  ) ORDER GRANTING STIPULATION RE
21 FORD MOTOR COMPANY, TRW        ) REQUEST TO EXTEND EXPERT
   AUTOMOTIVE HOLDINGS CORP.,     ) DISCOVERY CUT-OFF AND
22 TRW AUTOMOTIVE INC., TRW       ) DISPOSITIVE MOTION HEARING
   AUTOMOTIVE U.S. LLC, TRW       ) DEADLINE
23 VEHICLE SAFETY SYSTEMS INC.,   )
   ROBERT SANTOS, and DOES 1 through )
24 10                             )
                                  )
25        Defendants.             )
                                  )
26 _____ )

27

28

- 1 -

ORDER

# [PROPOSED] ORDER

The terms of the Stipulation Re Request to Extend Expert Discovery Cut-off and Dispositive Motion Hearing Deadline are fully incorporated herein.

**IT IS HEREBY ORDERED THAT:**

1. The expert discovery cut-off is continued from October 17, 2008 to November 13, 2008, solely to permit Plaintiff to take the depositions of Mr. Gregory Miller and Dr. Edward Moffatt.

2. The dispositive motion hearing deadline is continued from December 12, 2008 to December 15, 2008.

   **IT IS SO ORDERED.**


Dated: November 5, 2008

           /s/ *Dennis L. Beck*
           The Honorable Dennis Beck
           United States Magistrate Judge

# PROOF OF SERVICE
(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 555 South Flower Street, Suite 3100, Los Angeles, CA 90071-2300, which is located in the county where any non-personal service described below took place.

On November 5, 2008, a copy of the following document(s): **[PROPOSED] ORDER GRANTING STIPULATION RE REQUEST TO EXTEND EXPERT DISCOVERY CUT-OFF AND DISPOSITIVE MOTION HEARING DEADLINE**

| ***Attorney for Plaintiff*** | ***Robert Santos, Pro Se*** |
|---|---|
| David C. Wright, Esq. | Robert Santos |
| Kristy M. Arevalo, Esq. | 1820 60th Avenue |
| Jae K. Kim, Esq. | Sacramento, CA  95822 |
| McCune & Wright | |
| 2068 Orange Tree Lane, Suite 216 | |
| Redlands, CA 92374 | |
| dcw@mwtriallaw.com | |
| kma@mwtriallawyers.com | |
| jjk@mwtriallawyers.com | |

Service was accomplished as follows.

☒ **By U.S. Mail, According to Normal Business Practices.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on November 5, 2008 at Los Angeles, California.

              /s/ Phannie Tsui
              Phannie Tsui

ORDER