**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY YU-SANTOS,<br><br>        Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, TRW AUTOMOTIVE HOLDINGS CORP., TRW AUTOMOTIVE, INC., TRW AUTOMOTIVE U.S. LLC, TRW VEHICLE SAFETY SYSTEMS, INC., ROBERT SANTOS, and DOES 1 through 10,<br><br>        Defendants. | NO. 1:06-CV-01773 AWI-DLB<br><br>ORDER VACATING DECEMBER 15, 2008 HEARING DATE AND TAKING MATTER UNDER SUBMISSION AND ORDER VACATING THE PRE-TRIAL AND TRIAL DATES |

    TRW Vehicle Safety Systems Inc.'s, TRW Automotive Holdings Corp.'s, TRW Automotive Inc.'s, and TRW Automotive U.S. LLC's, ("collectively "Defendants") motion for summary judgment, or in the alternative, summary adjudication (Document # 57), and motions in limine to exclude the testimony of William G. Broadhead and Wilson C. Hayes (Documents # 62 and 64) have been set for hearing in this case on December 15, 2008. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

    In the event the court later determines that oral argument would be helpful, the parties will be notified. Additionally, given the time frames involved, the court will vacate the January

6, 2009 pretrial conference date, and the February 17, 2009 trial date, pending the court's ruling on the Defendants' motion for summary judgment and motions in limine.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 15, 2008, is VACATED, and the parties shall not appear at that time.  As of December 15, 2008, the court will take the matter under submission, and will thereafter issue its decision.  Further, the pre-trial date of January 6, 2009, and the trial date of February 17, 2009, are VACATED.

IT IS SO ORDERED.

Dated: __December 11, 2008__         _____/s/ Anthony W. Ishii_____
                                     CHIEF UNITED STATES DISTRICT JUDGE

2