1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TRACY YU-SANTOS, | ) ) 1:06cv0773 AWI DLB |
|  | ) |
|  | ) ORDER GRANTING STIPULATION |
| Plaintiff, | ) REGARDING RESOLUTION OF |
|  | ) DISCOVERY MOTIONS AND REQUEST |
| v. | ) TO TAKE HEARINGS OFF CALENDAR |
|  | ) |
| FORD MOTOR COMPANY, et al., | ) (Document 48) |
|  | ) |
| Defendants. | ) |
|  | ) |

On April 11, 2008, the parties filed a stipulation resolving the March 25, 2008, Motion for Relief from Late Service of Written Discovery and the March 31, 2008, Motion for Protective Order.  Pursuant to the terms in the stipulation, the parties have informally resolved their discovery dispute.

Accordingly, the parties' stipulation resolving the motions and request to take the motions off calendar are GRANTED.[1]

IT IS SO ORDERED.

**Dated:    March 5, 2009**                     **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] For an unknown reason, the parties' stipulation was not signed at an earlier date.

1