1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   TRACY YU-SANTOS,                    )    1:06-cv-1773 OWW DLB
                                        )
10            Plaintiff,                )    ORDER GRANTING EX PARTE
                                        )    APPLICATION FOR AN ORDER
11      v.                              )    (1) MODIFYING THE
                                        )    SCHEDULING ORDER TO PERMIT
12  TRW VEHICLE SAFETY SYSTEMS INC., )       THE FILING OF TRW VEHICLE
    ROBERT SANTOS and DOES 1 through )        SAFETY SYSTEMS INC.'S
13  10,                                 )    MOTION TO ENTER JUDGMENT IN
                                        )    ITS FAVOR ON ALL CLAIMS
14            Defendants.               )    ARISING FROM THE DEATH OF
                                        )    KEILAN SANTOS; AND (2)
15  _____ )    SHORTENING TIME FOR
                                             BRIEFING AND HEARING ON THE
16                                           SAME

17

18        The Court, having received and considered the Ex Parte

19  Application of defendant TRW Vehicle Safety Systems Inc. ("TRW

20  VSSI") for an order (1) modifying the current scheduling order to

21  permit the filing of TRW VSSI's Motion to Enter Judgment In Its

22  Favor On All Claims Arising From The Death Of Keilan Santos

23  ("Motion"); and (2) shortening the time for briefing and hearing

24  on the Motion, and good cause appearing therefor:

25        IT IS HEREBY ORDERED that TRW VSSI's Ex Parte Application is

26  GRANTED.

27        IT IS FURTHER ORDERED that:

28        1.    TRW VSSI's Motion is deemed filed as of May 21, 2010.

                                   1

1  Any counter-motion by Plaintiff shall be filed by May 24, 2010 by

2  12:00 p.m.;

3       2.     Plaintiff Tracy Yu-Santos shall file and serve her

4  opposition to TRW VSSI's Motion by 5:00 p.m. on May 26, 2010.

5  Any defense opposition to Plaintiffs' counter-motion shall be

6  filed by May 27, 2010 by 12:00 p.m.;

7       3.     TRW VSSI shall file and serve its reply papers in

8  support of the Motion by 12:00 p.m. on May 28, 2010, and

9  Plaintiffs shall file and serve their counter-motion reply by

10  12:00 p.m. on May 28, 2010;

11       4.     Hearing on the Motion is hereby set for June 1, 2010,

12  at 2:30 p.m. in Courtroom 3 of this Court.

13

14  IT IS SO ORDERED.

15  **Dated:   May 21, 2010**                          **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28