UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY YU-SANTOS,<br><br>    Plaintiff,<br><br>    v.<br><br>TRW VEHICLE SAFETY SYSTEMS INC., ROBERT SANTOS, and DOES 1 through 10,<br><br>    Defendants. | Case No.: 1:06-cv-01773-OWW-DLB<br><br>Judge Assigned: Hon. Oliver W. Wanger<br><br>**ORDER DENYING PLAINTIFF'S MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OF SPIT TEST**<br><br>Hearing Date: May 18, 2010<br>Time: 9:00 a.m.<br>Dep't: 3<br><br>Trial Date: June 2, 2010 |

**IT IS HEREBY ORDERED THAT:**

Plaintiff's Motion in Limine No. 5 to Exclude Any and All Evidence or References to the Surrogate Spit Test is DENIED.

IT IS SO ORDERED.

Dated: **June 1, 2010**          **/s/ Oliver W. Wanger**
                                                            UNITED STATES DISTRICT JUDGE