UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY YU-SANTOS<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRW VEHICLE SAFETY SYSTEMS INC., ROBERT SANTOS, and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: 1:06-cv-01773-OWW-DLB<br><br>Judge Assigned:  Hon. Oliver W. Wanger<br><br>**ORDER DENYING PLAINTIFF'S MOTION IN LIMINE NO. 6 TO EXCLUDE EVIDENCE OF ROLLOVER TESTING**<br><br>Hearing Date: May 18, 2010<br>Time:　　　　9:00 a.m.<br>Dep't:　　　　3<br><br>Trial Date:  June 2, 2010 |

**IT IS HEREBY ORDERED THAT:**

Plaintiff's Motion in Limine No. 6 to Exclude Evidence of Rollover Testing Not Performed by Defendant's Accident Reconstruction Expert and Under Dissimilar Conditions to the Subject Case is DENIED.

///

///

///

///

///

- 1 -

**ORDER DENYING PL.'S MOT. IN LIMINE NO. 5 RE: ROLLOVER TESTING – CASE NO.  1:06-CV-01773-OWW-DLB**

**IT IF FURTHER ORDERED THAT:**

Defendant will be able to show rollover videos solely for demonstrative purposes and will not be permitted to show cumulative rollover videos or rollover videos that do not serve any evidentiary purpose.

IT IS SO ORDERED.

Dated:   **June 1, 2010**                              **/s/ Oliver W. Wanger**
                                                                          UNITED STATES DISTRICT JUDGE

**ORDER DENYING PL.'S MOT. IN LIMINE NO. 5 RE: ROLLOVER TESTING – CASE NO.  1:06-CV-01773-OWW-DLB**