UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY YU-SANTOS<br><br>        Plaintiffs,<br><br>    v.<br><br>TRW VEHICLE SAFETY SYSTEMS INC., ROBERT SANTOS, and DOES 1 through 10,<br><br>        Defendants. | Case No.:  1:06-cv-01773-OWW-DLB<br><br>Judge Assigned: Hon. Oliver W. Wanger<br><br>**ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE ANY AND ALL EVIDENCE, OR REFERENCES TO THE CRIMINAL PROCEEDINGS OF MIRANDA**<br><br>Hearing Date: May 18, 2010<br>Time:        9:00 a.m.<br>Dep't:        3 |

**IT IS HEREBY ORDERED THAT:**

Plaintiff's Motion in Limine No. 3 to exclude any and all evidence, or references to evidence, testimony or argument relating to the criminal proceeding of Christopher Ryan Miranda, in the case *The People of The State of California v. Christopher Ryan Miranda,* filed on March 21, 2005 in the Superior Court of California, County of Fresno, Central Division, Case No. 05901981-1, is GRANTED in light of Plaintiff's stipulation that a statement may be read to the jury that concedes that Christopher Miranda was negligent in his operation of the vehicle on the night of the accident which caused him to lose control of the Ford Explorer resulting in the rollover.

-1-

**ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE ANY AND ALL EVIDENCE, OR REFERENCES TO THE CRIMINAL PROCEEDINGS OF MIRANDA**
**Case No.:  1:06-cv-01773-OWW-DLB**

The Court notes that Plaintiff does not stipulate that Christopher Miranda's negligent operation of the vehicle caused or contributed to the deaths of any of the vehicle's occupants.

Based on this stipulation, there shall be no evidence, including demonstrative evidence, testimony, or other references, to any of Christopher Miranda's criminal proceedings.

This order is subject to the discussion with counsel in open court on June 1, 2010.

IT IS SO ORDERED.

Dated:   **June 2, 2010**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

**ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE ANY AND ALL EVIDENCE, OR REFERENCES TO THE CRIMINAL PROCEEDINGS OF MIRANDA**
**Case No.:   1:06-cv-01773-OWW-DLB**