UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY YU-SANTOS<br><br>    Plaintiff,<br><br>    v.<br><br>TRW VEHICLE SAFETY SYSTEMS INC., ROBERT SANTOS, and DOES 1 through 10.<br><br>    Defendants. | Case No.: 1:06-cv-01773-OWW-DLB<br><br>Judge Assigned: Hon. Oliver W. Wanger<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION IN LIMINE NO. 4 TO EXCLUDE ANY AND ALL EVIDENCE OR REFERENCES TO THE MATERIALS INCLUDED IN DEFENDANT'S SUPPLEMENTAL TO ITS DISCLOSURE OF EXPERT TESTIMONY SERVED ON FEBRUARY 10, 2010**<br><br>Hearing Date: May 18, 2010<br>Time:       9:00 a.m.<br>Dep't:       3<br><br>Trial Date: June 2, 2010 |

**IT IS HEREBY ORDERED THAT:**

Plaintiff's Motion in Limine No. 4 to Exclude Any and All Evidence or Reference to the materials included in Defendant's Supplement to Its Disclosure of Expert Testimony served on February 10, 2010 is GRANTED IN PART.

Defendant and its accident reconstruction expert, Peter Luepke, are precluded from referencing or testifying about any supplementally disclosed materials that were created or in existence prior to Mr. Luepke's deposition on October 3, 2008.

///

- 1 -

**ORDER GRANTING IN PART PL.'S MOT. IN LIMINE NO. 4 REGARDING LATE SUPPLEMENTAL EXPERT DISCLOSURE – CASE NO. 1:06-CV-01773-OWW-DLB**

**IT IS FURTHER ORDERED THAT:**

Prior to the start of trial, Plaintiff may retake the deposition of Mr. Luepke concerning the supplementally disclosed materials that were created or in existence after October 3, 2008, at Plaintiff's expense.

This order is further subject to the discussion and order for supplemental expert work and analysis by Defendant's experts on the left rear seat belt and seating position.

IT IS SO ORDERED.

Dated: **June 2, 2010**                    **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

**ORDER GRANTING IN PART PL.'S MOT. IN LIMINE NO. 4 REGARDING LATE SUPPLEMENTAL EXPERT DISCLOSURE – CASE NO.  1:06-CV-01773-OWW-DLB**