UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRACY YU-SANTOS, | ) | 1:06-cv-1773 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING IN PART AND |
| | ) | DENYING IN PART MOTION IN |
| v. | ) | LIMINE NO. 1 OF DEFENDANT |
| | ) | TRW VEHICLE SAFETY SYSTEMS, |
| TRW VEHICLE SAFETY SYSTEMS INC., | ) | INC. TO EXCLUDE PLAINTIFF'S |
| ROBERT SANTOS, and DOES 1 | ) | EVIDENCE, TESTIMONY AND |
| through 10, | ) | ARGUMENT OF UNRELATED |
| | ) | PRODUCTS AND DEFECT |
| Defendants. | ) | THEORIES, AND UNRELATED |
| | ) | ACCIDENTS, CLAIMS OR |
| | ) | LAWSUITS |

Motion in limine No. 1 by Defendant TRW Vehicle Safety Systems Inc. ("TRW VSSI") to exclude all evidence, testimony and argument concerning any product, defect theory, accident, claim or lawsuit unrelated to those at issue in this lawsuit (the "Motion") came on regularly for hearing before this Court on May 18, 2010 and, following supplemental briefing by the parties, came on for further hearing on June 1, 2010.  Adam R. Fox and Anne Choi Goodwin of Squire, Sanders & Dempsey L.L.P. appeared on behalf of TRW VSSI and David C. Wright and Kristy M. Arevalo of McCune Wright, LLP appeared on behalf of Plaintiff Tracy Yu-Santos ("Plaintiff").

After considering the moving papers, opposition, reply

1

papers, TRW VSSI's supplemental brief, the arguments of counsel, and the records and files in this action, the Court, for good cause shown, finds that TRW VSSI is entitled to an order GRANTING IN PART and DENYING IN PART its Motion.

IT IS THEREFORE ORDERED AND ADJUDGED that the Motion by TRW VSSI is GRANTED, as it pertains to the exclusion of any recall, consumer complaint or any other accident, claim or lawsuit relied on or referred to by Plaintiff, including but not limited to any relied on or referred to by her occupant restraints expert, William Broadhead.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the Motion by TRW VSSI is DENIED as it pertains to the left rear seat belt webbing because the issue is moot in light of the Court's June 1, 2010 order granting Plaintiff's Motion to Amend the Pretrial Order to include a manufacturing defect claim as to the left rear seat belt webbing.

IT IS SO ORDERED.

Dated:   June 7, 2010                   /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE