David C. Wright, State Bar No. 177468
dcw@mccunewright.com
Kristy M. Arevalo, State Bar No. 216308
kma@mccunewright.com
McCuneWright, LLP
2068 Orange Tree Lane, Suite 216
Redlands, California  92374
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275
Attorneys for Plaintiff
Tracy Yu-Santos

Adam R. Fox (State Bar # 220584)
afox@ssd.com
Anne Choi Goodwin (State Bar # 216244)
agoodwin@ssd.com
Helen H. Yang (State Bar # 241170)
hyang@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
555 South Flower Street, Suite 3100
Los Angeles, CA 90071
Telephone:  +1.213.624.2500
Facsimile:   +1.213.623.4581
Attorneys for Defendant
TRW VEHICLE SAFETY SYSTEMS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY YU-SANTOS<br><br>          Plaintiffs,<br><br>    v.<br><br>TRW AUTOMOTIVE HOLDINGS CORP., TRW AUTOMOTIVE INC., TRW AUTOMOTIVE U.S. LLC, TRW VEHICLE SAFETY SYSTEMS INC., ROBERT SANTOS, and DOES 1 through 10<br><br>          Defendants. | Case No.:  1:06-cv-01773-OWW-DLB<br><br>Judge Assigned:  Hon. Oliver W. Wanger<br><br><br>STIPULATION OF DISMISSAL AND ORDER<br><br>[Fed. R. Civ. P. 41(a)(1), (a)(2)] |

///

///

It is hereby stipulated by and between the undersigned counsel that Defendant TRW VEHICLE SAFETY SYSTEMS INC., and ROBERT SANTOS[1] are being dismissed in the above-referenced action with prejudice and for each party to bear their own costs, pursuant to Federal Rule of Civil Procedure 41(a)(1) and 41(a)(2).  Plaintiff respectfully requests that the Court enter an order on this stipulation.

DATED: July 16, 2010             MCCUNEWRIGHT LLP

                                 By:   **/s/ DAVID C. WRIGHT**
                                       David C. Wright
                                       Kristy M. Arevalo
                                       Attorneys for Plaintiff
                                       Tracy Yu-Santos

DATED: July 16, 2010             SQUIRE, SANDERS & DEMPSEY L.L.P.

                                 By:   **/s/ ADAM FOX**
                                       Adam R. Fox
                                       Anne C. Goodwin
                                       Helen H. Yang
                                       Attorneys for Defendant
                                       TRW Vehicle Safety Systems, Inc.

IT IS SO ORDERED.

   Dated:   **July 21, 2010**                    **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE